UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE HENRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A., )<br>)<br>Defendant. )<br> ) | Civil Action No.<br>18-cv-11711 |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On August 21, 2018, defendant filed a motion to dismiss for failure to state a claim upon which relief can be granted. Plaintiff's response was due 14 days later. When plaintiff failed to file an opposition or other response, the Court issued a show-cause order on September 11, 2018. That order directed plaintiff to show cause, in writing, by October 11, 2018, why the motion should not be granted. Plaintiff has not filed any form of response to the show-cause order or the motion to dismiss. Accordingly, no opposition having been filed, and the motion to dismiss appearing to be meritorious, the motion to dismiss filed by defendant Wells Fargo Bank, N.A., is GRANTED, and this matter is DISMISSED.

**So Ordered.**

Dated: November 1, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
United States District Judge